# 1077

[No. 43834-4-I. Division One. November 1, 1999.]

RICHARD BUCK, ET AL., *Respondents*, v. JON B. OSTROVE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-31411-9, R. Joseph Wesley, J., entered November 23, 1998. *Reversed* by unpublished per curiam opinion.

[No. 43532-9-I. Division One. November 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHAD W. RUSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-1-00390-2, Michael E. Rickert, J., entered September 24, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43589-2-I. Division One. November 1, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. JAMES ADAM CLARK, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-03942-8, Patricia Clark, J., entered October 20, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44128-1-I. Division One. November 1, 1999.]

BOBBIE JO TALLEY, *Respondent*, v. JOHNNY LEE TALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-3-01264-1, David F. Hulbert, J., entered January 20, 1999. *Reversed* by unpublished per curiam opinion. Now published at 98 Wn. App. 521.